**A)** Debtor: Vanessa Latisha Bayton-Phillips
**B)** Amended Document: 108 (Adding Vehicle to Bankruptcy)
**C)** 2020 Nissan Murano (Grown Financial) to be change to (Surrender the Property)

**D)** Vanessa Latisha Bayton-Phillips                    Date 6/5/2023

301-755-8428
292 Brighton Way
Acworth Ga, 30102

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia JUN - 7 2023 By: M. Regina Thomas, Clerk, Deputy Clerk*

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Vanessa Latisha Bayton-Phillips** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☑ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:  List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Grow Financial FCU**<br><br>Description of property securing debt: **2020 Nissan Murano 41,500 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

**Part 2:  List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1




**UNITED STATES POSTAL SERVICE**®

PRI
M

U.S. POSTAGE PAID
PM
ACWORTH, GA
30102
JUN 06, 23
AMOUNT
$9.35
R2305K142077-06

RDC 22    30303

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE

CLEARED DATE
JUN 07 2023
U.S. Marshals Service
Atlanta, GA 30303

**PRIORITY MAIL**  
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Vanessa Bayton-Phillips
292 Brighton Way
Acworth GA. 30102

TO:
United State Bankruptcy Court
Room 1340
75 Ted Turner Dr. SW
Atlanta GA, 30303

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 06/07/23
USPS TRACKING® #



9505 5119 9836 3157 8676 20

TRACKED ▪ INS

PS00000133100

EP14 September 2021
OD: 15 x 11.625

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE